Date: 11/02/10      DIVIDENDS REMITTED TO THE COURT     *Receipt # 15266*     Page: 1
Check Number 110 Dated 11/02/10
Case Number 10-11005 - GUINN JR., CHARLES THOMAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Time Warner Cable-Northeast<br>P.O. Box 0901<br>Carol Stream, IL 60132-0901<br>   9501 | 000001 | 199.99 | 1.18 |
| American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Dress Barn<br>PO Box 248872<br>Oklahoma City, OK 73124-8872<br>   6014 | 000002 | 230.34 | 1.36 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036<br>   (6-1) 32417714 | 000006 | 215.86 | 1.27 |
| Pyramed Healthcare Group, Ltd.<br>Tri-City Family Medicine, Inc.<br>1120 East Broad Street<br>P.O. Box 30<br>Elyria, OH 44036 | 000008 | 631.00 | 3.72 |
| St. John West Shore Hospital<br>P.O. Box 951204<br>Cleveland, OH 44193-0011<br>   F412 | 000011 | 484.02 | 2.85 |
| ---------- Remittance Total ---------- | | 1,761.21 | 10.38 |

*/s/ signature*

DAVIS, STEVEN S., Trustee

*CR. #110*



Printed: 11/02/10 04:01 PM    Ver: 16.00a